UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSIE PILLETTE, #427155,
          Plaintiff,                      Case No. 08-11176
                                        Hon. Anna Diggs Taylor
v.                                       Magistrate Judge Charles Binder

COUNTY OF OTSEGO, et al.,
          Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE'S REPORT AND RECOMMENDATION

      This matter is before the Court on Magistrate Judge Charles Binder's Report and Recommendation of April 14, 2008, dismissing Plaintiff's claims with prejudice for failure to state a claim upon which relief may be granted.

      The Court has reviewed the file and the Magistrate Judge's Report and Recommendation. No objections have been filed. The Court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

      Therefore, the Court will accept the Magistrate's Report and Recommendation of April 14, 2008 as the findings and conclusions of this Court.

      Accordingly,

      IT IS HEREBY ORDERED that Magistrate Judge Binder's Report and Recommendation of April 14, 2008 is ACCEPTED and ADOPTED.

      IT IS FURTHER ORDERED that Plaintiff's Motion to Appoint Counsel [#3]; Plaintiff's Motion for Alternate Service [#4]; and Plaintiff's Motion to Compel Testimony and Order Issuance of Summons [#5] are MOOT.

      IT IS SO ORDERED.


DATED: May 19, 2008                                      **s/Anna Diggs Taylor**
                                                            ANNA DIGGS TAYLOR
                                                            UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on May 19, 2008.

Jessie Pillette, #427155
Oaks Correctional Facility
1500 Caberfae Highway
Manistee, MI 49660                              s/Johnetta M. Curry-Williams
                                                Case Manager